UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAIM SARWAR, Individually, : <br> : <br> : <br> Plaintiff, : <br> v. : <br> : <br> ORIGEN LEE, LLC, a Massachusetts Limited : <br> Liability Company, : <br> : <br> : <br> Defendant. : <br> : <br> : | Case No. 3:20-cv-12145-KAP |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff Saim Sarwar ("Plaintiff") and Defendant, Origen Lee, LLC ("Defendant") (collectively, the "Parties") by and through the undersigned counsel, submit this joint notice of settlement and request to stay. The parties are in the process of finalizing the terms of a settlement agreement. The Parties anticipate that they will be able to file a final notice of settlement and joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the Parties respectfully request that the Court stay the remaining deadlines in this matter for sixty (60) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for sixty (60) days.

|  |  |
|---|---|
|  | Respectfully submitted, |
| CURSEADEN LAW OFFICE | BUCHANAN INGERSOLL & ROONEY PC |
| */s/ John A. Curseaden* | */s/ Joseph J. Centeno* |
| John A. Curseaden (BBO #562737) | Joseph J. Centeno (ID No. 564148) |
| curseadenlaw@gmail.com | joseph.centeno@bipc.com |
| 301 Littleton Road #705 | Two Liberty Place |
| Westford, MA  01886 | 50 S. 16th Street, Suite 3200 |
| Phone:  978-267-7656 | Philadelphia, PA 19102-2555 |
|  | Phone: 215-665-5301 |
|  | Fax: 215-665-8760 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated:  April 22, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Joseph J. Centeno*
Joseph J. Centeno, Esq.