UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SAIM SARWAR, Individually and on Behalf of all others individually similalry Situated | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 20-12145-MGM |
| v. | ) ) ) | |
| ORIGEN LEE, LLC., A Massachusetts Limited Liability Company | ) ) ) | |
| Defendants. | ) | |

SETTLEMENT ORDER OF DISMISSAL
April 23, 2021

MARK G. MASTROIANNI : U.S.D.J:

The court, having been advised on __April 22, 2021__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

By the Court,

 /s/ Mary Finn
Mary Finn

                    Deputy Clerk